# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RAY N. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-1232 |
| ) | |
| CORRECT CARE SOLUTIONS and ) | Judge Trauger |
| JOHN DOE #4, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is defendant Correct Care Solutions, Inc.'s Motion for Summary Judgment (ECF No. 33), a Report and Recommendation ("R&R") (ECF No. 63) from Magistrate Judge Brown recommending that the defendant's motion be granted and that the claims asserted against defendant John Doe 4 be dismissed for failure to obtain service of process, and the plaintiff's objections (ECF No. 65) to the R&R.

The court has reviewed these filings and the record as a whole *de novo* and, for the reasons stated in the Memorandum Opinion filed herewith, finds that the plaintiff's objections lack merit. The plaintiff's objections are therefore **OVERRULED**, and the R&R is **ADOPTED AND APPROVED** in all respects. The defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED** in its entirety.

All other pending motions are **DENIED AS MOOT**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge